## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT OWENSBORO

**STEPHEN MILLER,**                                                                          **PLAINTIFF**

v.                                                 **CIVIL ACTION NO. 4:23-cv-00136-HBB (e-filed)**

**MARTIN O'MALLEY,**
**COMMISSIONER OF SOCIAL SECURITY,**                              **DEFENDANT**

### JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

March 27, 2024

*H. Brent Brennenstuhl*
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies: Counsel

TENDERED BY:
Nicol S. Fitzhugh
Special Assistant U. S. Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: 816.936-5755
Email: nicol.fitzhugh@ssa.gov